■ In the Matter of FRANCIS X. MORRISSEY, JR., a Suspended Attorney. [671 NYS2d 966] —Application for reinstatement

granted to the extent of referring this matter to the Departmental Disciplinary Committee for a hearing, as indicated. No opinion. Concur—Sullivan, J. P., Ellerin, Rubin, Mazzarelli and Tom, JJ.